# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILBERT R. HOLMES, | Case No.: 2:21-cv-00547-GMN-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| MOTOR HOME SPECIALIST, | |
| Defendant(s). | |

A joint proposed discovery plan is generally due 44 days after a Defendant first appears. Local Rule 26-1(a). Defendant filed a motion to dismiss nearly two months ago. Docket No. 7. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Nonetheless, no discovery plan has been filed nor has a motion to stay discovery been filed.

To the extent Defendant seeks a stay of discovery, it must file a motion addressing the governing standards for such relief. *See*, *e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). Any such motion must be filed by June 11, 2021. If no motion to stay discovery is filed, then a joint proposed discovery plan must be filed by June 18, 2021.

IT IS SO ORDERED.

Dated: June 4, 2021

_____
Nancy J. Koppe
United States Magistrate Judge